FILED
NOV 3 0 2007
CO-386-online
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 NOV 30 PM 6:17

# United States District Court
# For the District of Columbia

| | |
|---|---|
| ELAINE SHELTON )<br>)<br>)<br>)<br>  vs    Plaintiff )<br>)<br>THE RITZ CARLTON HOTEL )<br>COMPANY, LLC )<br>4445 Willard AVENUE, #800 )<br>Chevy Chase, MD 20815    Defendant ) | Case: 1:07-cv-02171<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 11/30/2007<br>Description: Employ. Discrim. |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Ritz Carlton Hotel Company, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None to our Knowledge__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Tina M. Maiolo_ by ____
Signature

__454987__
BAR IDENTIFICATION NO.

Tina M. Maiolo
Print Name

Carr Maloney P.C., 1615 L Street, NW #500
Address

Washington        DC           20036
City              State        Zip Code

202-310-5585
Phone Number

2