# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ELAINE SHELTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-2171 (RMC)** |
| | ) | |
| **THE RITZ CARLTON HOTEL** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss and compel arbitration [Dkt. #3] is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that Ms. Shelton's claim based on the September 2005 failure to promote is **DISMISSED**.  Her claim based on the May 2005 failure to promote remains.

**SO ORDERED.**


Date: May 8, 2008                                   _____/s/_____
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge