IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELAINE SHELTON | : | |
| | : | |
|     Plaintiff | : | |
| | : | |
| vs. | : | Case No. 07-2171 (RMC) |
| | : | |
| THE RITZ CARLTON HOTEL COMPANY, LLC | : | |
| | : | |
|     Defendant | : | |

## **NOTICE**

The Clerk of the Court will please enter the appearance of Ali A. Beydoun as co-counsel for the Defendant, The Ritz-Carlton Hotel.

        Respectfully submitted,

        CARR MALONEY P.C.


        By: /s/ Ali A. Beydoun
        Ali A. Beydoun, Esq. #475413
        Tina M. Maiolo, Esq., #40512
        1615 L Street, NW, Suite 500
        Washington, DC  20036
        (202) 310-5500 (phone)
        (202) 310-5555 (fax)
        aab@carrmaloney.com
        tm@carrmaloney.com
        Attorneys for Defendant
        The Ritz-Carlton Hotel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2008, a copy of the foregoing was sent via the Court's electronic filing system to Steven Charles Kahn, Esq., 401 East Jefferson Street, Suite 201, Rockville, MD 20850.

        Respectfully submitted,

        CARR MALONEY P.C.


        By: /s/ Ali A. Beydoun
           Ali A. Beydoun, Esq. #475413
           Tina M. Maiolo, Esq., #40512
           1615 L Street, NW, Suite 500
           Washington, DC 20036
           (202) 310-5500 (phone)
           (202) 310-5555 (fax)
           aab@carrmaloney.com
           tm@carrmaloney.com
           Attorneys for Defendant
           The Ritz-Carlton Hotel