IN THEUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELAINE SHELTON                              )
                                            )
       Plaintiff                        )
   v.                                       )   Case No.:  07-2171 RMC
                                            )
THE RITZ-CARLTON HOTEL COMPANY, LLC,   )
                                            )
       Defendant.                       )
                                            )
_____)

## JOINT REPORT UNDER RULE 26(f)

In accordance with Fed. R. Civ. P. 26(f), L. Civ. R. 16(d) and this Court's June 10, 2008 Scheduling Order, plaintiff Elaine Shelton and defendant Ritz Carlton Hotel Company, LLC ("Ritz Carlton") submit the following joint report.

## STATEMENT OF THE CASE

Plaintiff Elaine Shelton was denied promotion from Cook II to Cook I in May, 2005 and again in September, 2005. Only the May, 2005 adverse employment action is before the Court. (Plaintiff's challenge to the September, 2005 nonpromotion has been referred to arbitration).

Ms. Shelton contends that she was denied promotion in May, 2005 because of her race and gender. She seeks relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-2(a)(1).

Ritz Carlton generally contends that Ms. Shelton was denied promotion for legitimate, nondiscriminatory reasons. Ritz Carlton contends in particular that Ms. Shelton was less qualified for the Cook I position than the successful candidate.

## **TOPICS LISTED IN L. CIV. R. 16.3(c)**

1. Ritz Carlton anticipates filing a motion for summary judgment following the close of discovery. Plaintiff does not anticipate filing a dispositive motion.

2. The parties propose a deadline of September 30, 2008 for the joinder of additional parties and the amendment of pleadings. The parties cannot now determine whether they can agree upon or narrow the legal and factual issues. However, they anticipate that as discovery proceeds, they will at least be able to narrow the issues.

3. The parties agree that the case should not be referred to a magistrate judge.

4. The parties have not yet attempted to negotiate an amicable resolution of their dispute, but expect to do so in the next few weeks. Settlement may well be within reach of the parties because Ms. Shelton was promoted to Cook I several months ago and promotion was a principal objective of her suit.

5. If settlement discussions fail, the parties would be amenable to ADR following an exchange of documents and the deposition of a few key witnesses. Neither party believes that early neutral evaluation would be helpful.

6. The parties suggest that discovery close on December 1, 2008, and that dispositive motions be filed on or before December 15, 2008. Oppositions to summary judgment may be filed on or before January 15, 2009, with reply briefs due on or before January 30, 2009.

7. The parties agree to dispense with the initial disclosures required by Rule 26(a)(1).

8. As indicated, the parties propose a discovery cutoff of December 1, 2008. The parties also propose limiting interrogatories to 30 in number and depositions to a total of thirty-five (35) hours with no more than seven (7) hours per witness.

9. The parties do not now perceive a need to modify the rules governing the exchange of expert witness reports and information under Rule 26(a)(2). The parties agree to designate experts, if any, and submit their reports, on or before October 30, 2008, and to complete the depositions of expert witnesses by the close of discovery on December 1, 2008.

10. Not applicable.

11. Neither party believes that the trial and/or discovery should be bifurcated or managed in phases.

12. The parties propose that a final pretrial conference take place on February 27, 2009.

13. The parties prefer that a trial date be set at the final pretrial conference on a mutually convenient date.

14. The parties do not have other matters to be included in a scheduling order.

Respectfully submitted,

**LAW OFFICES OF STEVEN C. KAHN**

By:_____/s/_____
Steven C. Kahn
D.C. Bar #330431
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
(301)-838-4113

Attorneys for Plaintiff

**CARR MALONEY P.C.**

3

By:_____/s/_____
Tina M. Maiolo
1615 L Street, NW  Suite 500
Washington, DC 20036

Attorneys for Defendant